# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY CARPENTER as administrator of the Estate of Gregory Longenecker <br><br> Plaintiff, <br><br> v. <br><br> PENNSYLVANIA STATE POLICE, et al. <br><br> Defendants. | CIVIL ACTION <br><br> No. 19-1107 |

### PLAINTIFF'S SUPPLEMENTAL MEORANDUM AFTER THE ALLOCATION OF WRONGFUL DEATH AND SURVIVAL ACTION PROCEEDS HEARING

In addition to plaintiff's prior petition and oral argument from March 11, 2021, plaintiff submits that any objection by the Commonwealth to change the proposed 50/50 Wrongful Death/Survival Act allocation is waived. As referenced at oral argument and attached as an exhibit to Plaintiff's Petition, the Pennsylvania Department of Revenue consented to the proposed distribution.

                                                                                        Respectfully submitted:
                                                                                       STROKOVSKY LLC

Date: March 15, 2021                            By:    */s/ Jordan Strokovsky*
                                                                                           Counsel for Plaintiff
                                                                                           1500 Market St
                                                                                           12th Fl. East Tower
                                                                                           Philadelphia, PA 19102